# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Debra Mayes,

    Plaintiff,

vs.

United Steel Workers,

    Defendant.

JUDGMENT IN A CIVIL CASE

3:11-cv-149-GCM

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 24, 2011 Order.

Signed: August 24, 2011

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court